UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:96CR71 CDP |
| | ) | |
| MARION BUCK, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motion of defendant Marion Buck for order nunc pro tunc to clarify or modify judgment. As I explained to Mr. Buck before, I do not have jurisdiction to tell the Bureau of Prisons how to credit jail time. Accordingly,

**IT IS HEREBY ORDERED** that defendant Marion Buck's motion for order nunc pro tunc [#483] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of September, 2005.